**IN THE UNITED STATE DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**WINDSTREAM CORPORATION**                                                              **PLAINTIFF**

**v.**                                    **4:07CV01158-WRW**

**COMMUNICATION WORKERS OF**
**AMERICA, AFL-CIO**                                                                          **DEFENDANT**

## ORDER

Defendant's Unopposed Motion for Leave to Appear *Pro Hac Vice* and Waive Requirement for Local Counsel (doc #7) is DENIED without prejudice.

Local Rule 83.5(d) requires that attorneys not admitted to practice in the Eastern District of Arkansas "designate a member of the Bar of these Courts who maintains an office in Arkansas for the practice of law with whom the court and opposing counsel may readily communicate regarding the conduct of the case." Defendant does not have local counsel.

Since Defendant's counsel is not admitted to practice in the EDAR, they are directed to either enroll with the Clerk of the Court for the Eastern District of Arkansas or obtain local counsel before refiling their motion to appear *pro hac vice.*

Also pending is the Application for Special or Limited Appearance (doc #9) filed by Kristi Moody on behalf of William C. Moul. The Motion is GRANTED and the Clerk's Office is directed to add Mr. Moul as counsel of record for the plaintiff, Windstream Corporation.

IT IS SO ORDERED this 18th day of December, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE