IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WINDSTREAM CORPORATION                                    PLAINTIFF

vs.                            NO: 4:07CV1158 BSM

COMMUNICATION WORKERS OF
AMERICA, AFL-CIO                                          DEFENDANT

## JUDGMENT

Pursuant to the Order entered this date, the case is hereby dismissed with prejudice.

IT IS SO ORDERED this 9th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE